UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch Sr.

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

① The supervising officer that directed officers to arrest the plaintiff on Jan. 11, 2023 as well as officers that assisted,

② City of New york

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____4th amendment_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Robert | D | Lurch Jr. |
| --- | --- | --- |
| First Name | Middle Initial | Last Name |

1530 Beach avenue
Street Address

| Bronx | NY | 10160 |
| --- | --- | --- |
| County, City | State | Zip Code |

| _____ | _____ |
| --- | --- |
| Telephone Number | Email Address (if available) |

Page 3

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    ‑See Front of Complaint‑

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                     Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                     Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                     Zip Code

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    Jackson Heights (Queens), NY

Date(s) of occurrence:    Jan. 11 and 12, 2025

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

-See attached-

# Violation of fourth amendment right
# Not to be seized without
# Probable cause

On January 11,2025 ,the plaintiff had a dispute with Elmhurst hotel staff because even though he paid for a hotel room with hot water for 2 nights the plaintiff was not provided with such.

Now on the night of the incident,a group of officers arrived (hours later) after the plaintiff agreed previously during a previous 911 call to be provided with an extended stay until the manager arrived and called authorities when the manager of the establishment never showed.

When the second set of officers arrived,the sergeant or Lt that interacted with the plaintiff began talking down on the plaintiff for attempting to receive a refund for a room that the hotel staff acknowledged did not have any hot water and started to attempt to flirt with the plaintiff's girl.

Even though 311 informed the plaintiff to call the authorities to assist in getting a refund without incident,the supervising officer, once the plaintiff stated he will just leave with his girlfriend to another hotel since he is being denied a refund;arrested the plaintiff for no reason.

This officer then instead of getting the plaintiff a refund demanded the hotel give the plaintiff another night for all his trouble,however, on the terms the plaintiff is not allowed in the complimentary room only his girlfriend even

though it was the plaintiff's room.Then this supervising officer had the nerve to talk about the plaintiff to his girlfriend and informed her flirtatiously that he lives in long island where she resides as well.

Once the plaintiff was arrested he was taken to a hospital where the doctor refused to admit the plaintiff and informed the police that if someone is not a danger to themselves or others they can't just bring me to the hospital pursuant to Mhl 9.41 based on a money dispute without more.

Subsequently,I was released and when i got out the hospital, officers that worked with the supervising officer informed me that my girl received a complimentary room off of my troubles and because of such,she can just invite me back because the police or hospital staff can not tell her she can not have me as a guest.

Your honor,my girl after I called her from the hotel lobby(after being released from the hospital) agreed to having me as a guest even though she said she feared to agree to it because the supervising officer intimated her by stating if she invites me back he is kicking her out and her child in freezing weather.

20 minutes after I returned to the complimentary room my significant other was afforded off of my troubles.Officers arrived in full force and seized me unlawfully again notifying my girl that she can not have me as a guest.

My girl then told the supervising officer that she has nobody in the area,has no money to take care of herself and her child without me and she should be allowed to have me as a guest;officers were very harsh with her in response to her plea to keep me as a guest and told her that they basically don't care and they dont want me there.

My girl as a result was so scared that she would be stranded had to call a family member out their bed to come get her because the police told the person that was providing for her that he could no longer be there and she was scared of the supervising cop sexual advances towards her and unwillingness to allow her significant other back in the hotel.

My fourth amendment protections were violated and I as well as my family endured unreasonable circumstances due to this violation during the time where the plaintiff and his spouse is suffering the loss of the spouse's mother.

Parties liable:(1) Supervising officer that responding to the 911 call at Elmhurst hotel on the day of the incident and directed that the plaintiff be arrested as well as the officers that assisted in the false arrest ,② The c:+y oF NY

Name: _Robert Derek Lurch Jr._

Date: _1/23/2024_

Docket:_____

Signature: _____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

① a host OF Injuries

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

① every Individual defendant listed For $2 million dollars in compensatory and punitive damages and every entity For $2 million dollars in compensatory damages.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/23/2024 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Robert | D. | Lorch |
|---|---|---|
| First Name | Middle Initial | Last Name |

1530 Beach avenue
Street Address

| Bronx | NY | 10460 |
|---|---|---|
| County, City | State | Zip Code |

329-208-8993
Telephone Number                    Email Address (if available)


I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.